# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ALICCA RENA RAMIREZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) Civil No. 6:24-cv-00373-GLJ |
| MICHELLE A. KING, Acting Commissioner of Social Security,[1] | ) ) ) ) ) |
| Defendant. | ) |

## OPINION AND ORDER

Defendant, the Commissioner of Social Security (Commissioner), has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. Upon consideration, the Court finds Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Docket No. 13] should be GRANTED.

Accordingly, this Court hereby **REVERSES** the Commissioner's decision under Sentence four of 42 U.S.C. § 405(g) with **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993)

---

[1] On January 20, 2025, Michelle A. King became the Acting Commissioner of Social Security. In accordance with Fed. R. Civ. P. 25(d), Ms. King is substituted for Carolyn W. Colvin as the Defendant in this action.

**IT IS SO ORDERED** this 7th day of February 2025.

---
**GERALD L. JACKSON**
**UNITED STATED MAGISTRATE JUDGE**